[No. 18633–7–I.   Division One.   November 9, 1987.]

RANDALL C. KELLY, *Appellant,* v. PUGET SOUND POWER AND LIGHT COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 85–2–01249–2, David A. Nichols, J., entered May 2, 1986. *Affirmed* by unpublished opinion per

Mattson, J. Pro Tem., concurred in by Andersen and Walterskirchen, JJ. Pro Tem.